**Victor E. WILLIAMS, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 03–3204.

United States Court of Appeals, Federal Circuit.

May 23, 2003.

**ORDER**

Order Vacated, See 2003 WL 21949408.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**James E. HOWARD, Jr., Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 03–3175.

United States Court of Appeals, Federal Circuit.

May 23, 2003.

**ORDER**

Petitioner having paid the required filing fee, and having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

**Jaime ROSADO, Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

No. 03–3163.

United States Court of Appeals, Federal Circuit.

May 23, 2003.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.